# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

CASE NO. 3:10CV939(AVC)

PLAINTIFF(S)

John Christopher Barletta #219324

vs.

DEFENDANT(S)

Angle Quiros - Warden

John McCormack - C.T.O

Laura Powers - Deputy Warden

Anthony Bruno - Director religious service

Jon Aldi - SRG. Intel officer

Kimberly Weir - Security director

Lt. Harris - Lieutenant

Michael LaJoie District adm.

All above mentiond Persons are employeed by the State of Conn. Dept. of Corrections

Above defendants are to be Sued in Both their Individual And official Capacity

Rev. 10/14/09

████████████████████████████████████

A. **JURISDICTION**

████████████████████████████████████

I can bring my complaint in federal court because I am suing:

1. \_\_\_✓\_\_\_ State, county or city employees for violating my federal rights under 42 U.S.C. Sec. 1983; OR

2. _____ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

B. **PLAINTIFF(S)** (THE PERSON(S) FILING THIS COMPLAINT)

████████████████████████████████████

1. First Plaintiff
   a. Full Name: John Christopher Barletta
   b. Inmate Number: 219324
   c. Correctional facility: Northern
   d. State of citizenship: Connecticut

2. Second Plaintiff
   a. Full Name:
   b. Inmate Number:
   c. Correctional facility:
   d. State of citizenship:

C. **DEFENDANT(S)** (THE PERSON(S) WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

[redacted]

1. <u>First Defendant</u>
   a. Full Name: AnGie Quiros
   b. Rank or Title: Warden
   c. Workplace: Northern Corr. Inst.

2. <u>Second Defendant</u>
   a. Full Name: John McCormack
   b. Rank or Title: Corr. treatment officer (C.T.O.)
   c. Workplace: Northern Corr Inst.

3. <u>Third Defendant</u>
   a. Full Name: Laura Powers
   b. Rank or Title: Deputy warden
   c. Workplace: Northern

4. <u>Fourth Defendant</u>
   a. Full Name: Anthony bruno
   b. Rank or Title: Director religious Services
   c. Workplace: Wethersfield office dept. of Corr.

5. <u>Fifth Defendant</u>
   a. Full Name: Jon Aldi
   b. Rank or Title: Gang task Coordinater Intel officer
   c. Workplace: Northern

6. <u>Sixth Defendant</u>
   a. Full Name: Kimberly Weir
   b. Rank or Title: Acting Security director
   c. Workplace: Wethersfield office dept. of Corr.

## Section C. Cont. DEFENDANTS

7. <u>Seventh Defendant</u>
   a. Full Name: <u>MR. Harris</u>
   b. Rank or Title: <u>Lieutenant</u>
   c. Work Place: <u>Northern</u>

8. <u>Eighth Defendant</u>
   a. Full Name: <u>Michael LaJoie</u>
   b. Rank or Title: <u>District Administrator</u>
   c. Work Place: <u>Wethersfield Office dept. of Corr.</u>

D. **PREVIOUS LAWSUITS RELATED TO THIS CASE**

[redacted]

1. <u>First Lawsuit</u>

   a. Court and Date filed: <u>state Superior Court Judicial Dist. Hartford, April, 13, 2(</u>

   b. Caption and Docket No.: <u>John C. Barletta v. Larry myers (warden) Et Al</u>
      <u>Docket No. CV-00-596675</u>

   c. Briefly, what was this lawsuit about? violation of Federal Civil rights Racial and religious discrimination, violation of Constitunal Civil rights, 1st, 14th and 8th adm. Confication of religious literature, and political material being denied religious material when simmular Material is given to other prisoners

   d. Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?
      See Attached Sheet

2. <u>Second Lawsuit</u>

   a. Court and Date filed:

   b. Caption and Docket No.:

   c. Briefly, what was this lawsuit about?

   d. Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?

3. <u>Third Lawsuit</u>

   a. Court and Date filed:

   b. Caption and Docket No.:

   c. Briefly, what was this lawsuit about?

   d. Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?

## Section D PREVIOUS LAWSUITS Related To This Case.

question 1. sec. d. Cont. From 1st page.

d. Initially The Judge orderd All my religious books Returned, except one. I have The Court Articulation and order.
Later The Judge rewrote his descision remanded it in open court, I have The transcripts, telling the assistant Attorney General That he could give me what ever he wants, The Judge refused to rule a Final ruling and left my case in The hands of The assistant attorney General.
I Did Not Appeal because I was transfurd involontary out of State to the Virginia dept. of Correction on the inter state compact transfer in or around October 2000. Once I was in Virginia I Reorderd All my religious/political matarial And Recived it with No problems Making my case For Appeal Moot being I had All the matarial I was initially Suing For.

On 6-22-09 I returned to Ct. from out of State Where the Listed defendants Conficated All my Religious Social and political literature Again, Matarial I had for 10 years with No problems.
Reopening This Issue For Legal action

E.  **OTHER LAWSUITS**

1. <u>First Lawsuit</u>

   a. **Court and Date filed:** None

   b. **Caption and Docket No.:** None

   c. **Briefly, what was this lawsuit about?** None

   d. Did you win or lose?  If you lost, did you appeal? If you appealed, what did the appeals court say?

2. <u>Second Lawsuit</u>

   a. Court and Date filed:

   b. Caption and Docket No.:

   c. Briefly, what was this lawsuit about?

   d. Did you win or lose?  If you lost, did you appeal? If you appealed, what did the appeals court say?

3. <u>Third Lawsuit</u>

   a. Court and Date filed:

   b. Caption and Docket No.:

   c. Briefly, what was this lawsuit about?

   d. Did you win or lose?  If you lost, did you appeal? If you appealed, what did the appeals court say?

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇    Page 1 of 4

## Statement of Case

1. On June 22, 2009 I John C. Barletta transferd to the Northern Corr. Inst. At this time an unidentified officer John Doe1 Asked me numerous questions about my religious literature. All my religious literature was conficated and turned over to Intelidgence dept defendants Lieutenant Harris, John Aldi, and C.T.O. John McCormack

2. On or about June 26 I was taken to an Interview room and interviewed by these three officers Harris, Aldi, and McCormack I was told they were conficating my religious material my news magazines, music magazines, political books and assorted News letter. These three offic. told me their is a blanket policy banning All material of this Nature.

3. I was informed that No literature from the Church of the Creator, National Allaince, Resistance Rock magazine would be allowed into the prison at all when the defendants allowed the same or simmular material to other groups of prisoners.

4. The defendants also conficated Historical and philosophical books that were in my property I was told All my publications were turned over to C.T.O. John McCormack primary and only officer on the media review board

5. I wrote numerous requests to John McCormack, who refused to acknowledge or respond to my requests in writing, John McCormack verbally told me to be paitaint and wait due to the volume of material conficated

6. Sence he refused to respond to my formal requests I filed a formal Grivance on 9-17-09 The Warden Resp Angle quitos responded to my grivance on 10-8-09 Telling me my religio social and political property is still being revieved. That I'll be contacted soon. So I waited. I Asked Laura powers for the objectional material I was told on 11-20-09 to write to Warden

7. On 11-17-09 deputy warden Laura powers deliverd to my cell 38 Notices of rejected publications even though that took over 60 picces of printed material stating "Safty and Security" without referencing the specific artical or material considerd objectionable and deemed to pose a threat or detriment to Safty and Security

8. The defendands are violating my civil and constituthal rights and rules of the dept of corr Useing the term Safty and security as a cover all policy to censore and suppress minioty religion

9. On 11-17-09 I filed an Appeal on this decision to district administrator LaJoie This appeal was answerd by Kimberly Weir with one word "Rejected" on 12-12-09

10. I wrote to Kimberly Weir on 12-23-09 Challanging her responce She responded on 1-12-10 saying Safty and security means they can reject any publicat that deem may threaten security

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

## Statement of Case Cont.

11. On or about 6-23-09 I was placed on a Gang Status Before I even had a hearing. Because of my religious material being punished for my religion of choice and adhering to my faith. My religious Church is Not a gang has Nothing To due with gangs. We are a religious group with outside representives, Churches, our own religious books and bible, our own life Philosophy, Creed, and tennents

12. I am being discriminated against harassed for my religion and punished Other prisoners and religious groups Are not treated in this way for expressing their faith.

13. On 5-13-10 I recived a copy of my gang status report from intel through the Freedom of information act. Main reason for placing me on gang status "Is my bible from The Church of the Creator"

14. The Church of the Creator is not recognized as a gang by The Commissioor of the State, In order to be a gang The orginization must be recognized by the commissinor, The Church Is Not even recognized as a "Security watch group" as told by deputy warden Frasco on 9-1-09 Their Are No Watch groups.

15. The defendents are using this false gang status to punish and harass me in order to keep me on indefinat Segregation Status unlawful because of my religion

## Statement of Case cont.

16. I The Plantiff John C. Barletta have been in prison sence 1992 admittly I've had my problems, but in 18 years I have No history of gang activity, Group involvement or violance or even assoication with any gang.

17. On 6-22-09 I was placed on Administrative Segregation with No disciplinary charge, or readmittance hearing I unjustly did 6 month in Segregation And denied Advancement in The administrative Segregation program, denied programs, property and privdleges given to other prisoners.

18. On or about 9-12-09 I contacted population management about my Segregation placement, Mr. Stephen Clapp responded I was Not entitled to a Administrative segregation hearing wich violates All d.o.c. policy and rules

19. I formally challanged my denial to participate in the Administrative Segregation program on 12-17-09 in a grivance to the warden I was told to wait, I'd advance in a timely mannor, when I've previously was approved 60 days ago, I was forced to compleute the segregation program in Phase 1 with No property or privdleges given to other prisoners in the exact same program only I was singled out for discriminatory treat ment

20. I appealed the wardens decision to D.A. LaJoi on 12-31-09 I was Notified I was removed from Segregation on 2-10-10 after 6 months of segregation with No disciplinary charge

Page 3 of 4

## Statement of Case Cont.

16. My rock and roll, Punk rock music magazines were deemed a threat to safty and security while the defendants Allow numerous pro-black racial Rap magazines
My magazine is distributed by resistance rock records an orginization Aldi, harris and McCormack told me was banned. Violating a blanket policy and equal protection

17. I have placed on indefinate segregation for No other reason Then my religious, social and political past

18. Prior to 7-13-09 I havent had a disciplinary charge in Ct Sence August 2000, on 7-13-09 I was issued a gang charge disciplinary report for expressing my religious faith, placed on Punitive Sanctions for practicing my religion

19. I Appealed this ticket to DA LaJoie and the ruling of the hearing officer it was rejected.

20. Sence 6-22-09 The defendants have been Censoring and Conficating my Personal writings and mail,

21 On 3-11-10 The defendants Conficated 6 more publications from me of a religious nature, Censoring me to such an extreem and unconsistant manor They are Not allowing me Any Printed Material religious, social, political or otherwise.

22. I need The Court to intervein To up hold my rights

Page 4 of 4

G. **REQUEST FOR RELIEF**

1. I want This Racial and Religious discrimination to be stoped

2. I want The defendants to show Cause For their action and be held responsible

3. I want All my Religious, social and Political material returned to me and the Harassment Stoped

H. Do you wish to have a jury trial? Yes ✓   No ___

I. DECLARATION UNDER PENALTY OF PERJURY

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000. See 18 U.S.C. Sections 1621, 3571.

Signature: *John C. Barletta*

Signed at  Northern CI, Somers, CT.   on   6-16-10
            (Location)                      (Date)

## Request for Relief cont

4. I want to make sure the defendants stop enforcing an illegal blanket banned policy on certin orginieations

5. I want the Court to review All my conficated matarial and make a legal ruling on the buses of of Civil, Constitutinal, Federal State, and local law of 1st, 14th, 8th admendment rights

6. I want my Constitunal rights upheld.

7. I want the State of ct. dept. of corr. to hire an outside Team of legal experts who are not Connected to the dept. of corr. To be employeed on the book review committe To do independant review of All printed matarial within a Constitunal legal guide line of a legatumate Pentological interest of Safty and Security. Not based on Personal oppinion

8. I want to be reembursed for All fee's pertaining to this Case to include but not limited to: All Court filing Fee's, Photo copie's, postage, Legal matarial all fee's relavent to The case. I should Not bear the Cost of my Constitunal rights being violated, I should Not have to pay to have my rights up held

9. Im Seeking monatary damages in punitive, Nominal and Compensatory Not to exceed 25,000.⁰⁰