UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN CHRISTOPHER BARLETTA | : | PRISONER<br>CIVIL NO. 3:10CV939 (AVC) |
| v. | : | |
| ANGEL QUIROS, ET AL. | : | NOVEMBER 12, 2010 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6, Fed. Rule Civ. P. and Local Rule 7(b)(1)(b), the defendants respectfully move for an extension of time of sixty days to answer or otherwise plead up to and including January 28, 2011. This case was only very recently received in the Office of the Attorney General.

This extension of time is necessary due in part, to the fact that the undersigned counsel has just been assigned this case. The answer date is presently December 3, 2010. Undersigned counsel will need an additional sixty days to investigate and research claims made by plaintiff.

There are more than two hundred fifty cases open and active cases, and numerous other non-litigation matters, assigned to undersigned counsel, including Freedom of Information (FOI) hearings, one of which is scheduled for November 24, 2010. Undersigned counsel has jury selection with Judge Chatigny on December 14, 2010, and has been working on a trial memorandum and motions in limine. In addition, numerous other discovery matters and voluminous motions from pro se prisoner litigants have to be responded to in other cases filed by state prisoners. This is the first motion for an extension of time with regard to the plaintiff's recently received complaint and plaintiff is incarcerated, proceeding pro se and his position has

not been ascertained. The defendants respectfully submit there is good cause for the extension of time. Accordingly, the extension of time of sixty days until January 28, 2011, should be granted.

DEFENDANTS
Angel Quiros, Et Al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/______________________________
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct01211
E-Mail: steven.strom@ct.gov
Tel.: (860) 808-5450
Fax: (860) 808-5591

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 12th day of November, 2010:

John Christopher Barletta, Inmate #219324
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

/s/______________________________
Steven R. Strom
Assistant Attorney General