UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN CHRISTOPHER BARLETTA | : | PRISONER<br>CIVIL NO. 3:10CV939 (AVC) |
| v. | : | |
| ANGEL QUIROS, ET AL. | : | JANUARY 20, 2010 |

**DEFENDANTS' MEMORANDUM IN OPPOSITION TO MOTION TO AMEND COMPLAINT (Doc. #18)**

Plaintiff's motion to amend represents that the proposed amended complaint is being corrected as there is no "Mr. Harris," and the proper identity of the defendant is Captain Gerald Hines. If this were the only amendment, there would be no objection. However, the proposed amended complaint significantly alters and expands the allegations, and includes and names new defendants, who were not part of the original complaint. Specifically, the proposed amended complaint lists the following new persons as defendants: Aaron Bowman, C/O McIntyre, C/O Sledgelowoski, Lt. Siwicki, Tawanda Kitt, and C/O Luis Colon. Thus, where the original complaint only named eight (8) defendants, the proposed amended complaint names fourteen (14) putative defendants.

Undersigned counsel has no authority to accept an amended complaint on behalf of persons who have not been properly cited into the action. Plaitniff has not made service on any of these individuals, and he has not set forth any "good cause shown" as to why these individual were not properly named in the original complaint. Further, plaintiff makes no mention of these new defendants in his motion for leave to amend (Doc. #18) and he has provided no memorandum of law in support of his motion as is required by Local Rule 7(a) (1).

The defendants are prejudiced in that they are presently investigating and researching the allegations of the original complaint, so as to prepare a responsive pleading, presently due on January 28, 2011. Plaintiff has also served some discovery. However, plaintiff's proposed new complaint, would circumvent the Initial Review procedures set for by the PLRA in 28 US.C. §1915A. See Document #6. It would require much more additional time to have the newly proposed amended complaint properly reviewed, to determine if there are non-frivolous claims or claims against defendants who have immunity defenses, and to have the proposed newly amended complaint properly served. Plaintiff has filed no motion to cite in additional aprties and has not given any reason for his failure to do so. Additional, as stated above, undersigned counsel has no authority to accept service for any of the porposed new defendants.

Plaintiff's proposed amended complaint lacks sufficient facts to state a plausible claims, and should be subject to the court's initial review, and sua sponte dismissal of claims which fail as a matter of law. "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged."Ashcroft v. Iqbal, 129 S. Ct. 1937 (2009). In the absence of any showing of good cause, or failure of any explanation as to why the newly named persons should be included in this action, the motion for leave to amend should be denied.

DEFENDANTS
Angel Quiros, Et Al.

GEORGE JEPSEN
ATTORNEY GENERAL

BY:_/s/___________________________________

Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct01211
E-Mail: steven.strom@ct.gov
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 20th day of January, 2011:

John Christopher Barletta, Inmate #219324
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

_/s/________________________________________
Steven R. Strom
Assistant Attorney General