John C. Barletta | Prisoner
Civil No 3:10 CV-00939 (AVC)

-v.-

Angle Quiros Et. Al. | April 4 2011

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
_____ 2011
Roberto D. Tacora, Clerk
By: _____ Deputy Clerk

## Motion to Converse With Legal Counsel Who is a Fellow Prisoner

On Sept. 16 2010 The Court denied the Plaintiff appointment of Legal Counsel. The plaintiff John C. Barletta is presently acting as Pro Se Counsel. The Plaintiff has Limited Knowledge of law and legal proceedings.

The plaintiff has No access to legal matarial or a Law Library and is currently being held in Segregation.

The plaintiff request that the Court grant an order for the Plaintiff John C. Barletta to be allowed to Converse and Share legal documents with a Fellow Prisoner Carnell Hunnicutt who is knowledgable in the Law and has his own personal Collection of Legal books and Matarial The Plaintiff on his own is at a Stand Still and Needs help to proceed foward with No access to a law library or his own legal matarial

The Plaintiff is requesting to be allowed to pass legal documents only to Carnell Hunnicutt by means of an designated Approved D.O.C State employee either unit manager, Counselor, or Corr. treatment Officer. So they may Read and review said documents to See they are legal in Nature the plaintiff will abide by the States descretion on documents passed by an Official of the States Choice.

So That Carnell Hunnicutt may read and help the plaintiff prepare legal responces, cite law, and help legal arguement and reserch

The Plaintiff Previously Contacted 3 Law Firms that handle pro bono work and was denied [Plaintiff previously Sent denial letters to the Court when he Requested appointment of Counsel].

The Plaintiff is in need of help being he is Not Knowlegable in law

This request is made quoting <u>Purnell -v- Lord, 952 F.2d 679, 684, (2nd Cir. 1992</u> Granting an exception to prisoners conversing with prisoners with "Regards to legal matters only"

In <u>Johnson -v- Avery, 393 U.S. 483, 490, (1969)</u> Courts allowed prisoners to assist prisoners in preparation of petitions and motions.

## Conclusion

Wherefore the plaintiff prays the honorable Court to issue an order to either:

A) Allow the plaintiff to pass legal and court documents to Carnell Hunnicutt for assistance in prepration of legal motions and arguement by a designated staff member of the states choice

OR.

B) The Plaintiff requests possibly move the plaintiff in the cell next to Carnell Hunnicutt. So we may converse on legal issues and assist ~~presently~~ The plaintiff presently the plaintiff is up stairs in the housing unit and Mr. Hunnicutt is down stairs in the same unit but are unable to pass documents

C) OR the Plaintiff prays the Court to reconsider appointment of legal counsel

John C Barletta
Respectfully
Northern CI
PO box 665 Somers, Ct
06071

## Certification

I hearby certify a copy of the following was mailed to Steven R. Strom at 110 Sherman St. Hartford, Ct. 06105-2294 on April 4 2011 by US Postal Service

John C Barletta