United States District Court

John C. Barletta

v

Angie Quiros

Prisoner

Civil No: 3:10cv939 (AVC)

April 22, 2011

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
4/26/11
Roberta D. Tabora, Clerk
By: [signature]
Deputy Clerk

## PLAIntiff's Motion in Support of Request for
## IN Camara Review of relevant books and documents

The Pro Se Plaintiff request the Court to set up an In Camara review
of relevant books and documents in This case which are being denied
to The Plaintiff in discovery which are relevant to this case,

The plaintiff's Conficated Religious, Social and political and historical literature
was Conficated by the defendants, which is The core issues of this complaint
Being it was Conficated and is keept from me the defence is baning and Censoring
my Religious matarial and other writings Deeming it confidential or privite

The Plaintiff request the Court allow the plaintiff to review said matarial
Privately (in Camera) Conficated list of matarial Includes:

The Jews among us, 3, Salubrious Living, A revolution of values through religion, Natures
eternal religion, The talmud unmasked, Might is right, trials,Tribulations and triumphs,
expanding Creativity, RAHowa, the secret of the runes, In Hoc, I Fight, Free Speach June 04,
Free Speach July 04, Jan 04, Feb, 06, Mar. 06, Dec. 04, Aug 03 Sept 04, Nov 04 Oct 04 Aug 04,
Resistance music magazine Issues Vol 8, 10, winter 2005, Summer 06, resistance music Catalog,
88 precepts, White genocide manifesto, They Call it democracy, The protocals of the learned
elders of zion, Right life, The Way, World Church of the Creator Catalog/loose paper,
14 words letter, Church Jesus Christ Christian, The death of the white race, I talked with god,
the Struggle dec Jan. Nov. Jan. sept, What is Creativity, temple of woton catalog, Natinal Vanguard
Vol June 2005  Vairous loose paper Flyers/Pamphlets

This matarial is Currently being held by Attorney peter Downs at
Inmate legal assistance to prisoners who stated he would make sure this matarail
would get to the Courts when it is to be reviewed

The plaintiff request a meeting of parties Aturney general Steven strom, with
the plaintiff participate in a rule 26(f) Conference on _____ by _____
                                                        Date      Method

time place determined by Court

Whereas The defendant is to show Just cause for their actions in this
case, and to give the plaintiff the chance to inspect, copy, or make notes
to any and all relevent information pertaining to this case From the above
listed matarial

John C Barletta
John C Barletta

I hear by Certify That a Copy of the following was Mailed to Attorney General Steven Strom on April 23, 2011 to 110 Sherman St, Hartford, Ct. 06105

John C Barletta

John C Barletta

Northern Corr Inst
Po Box 665
Somers, Ct. 06071