10cv939 Barletta
5/5/11
FILED
2011 MAY -5 A 11: 06
US DISTRICT COURT
HARTFORD CT
Prisoner

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN CHRISTOPHER BARLETTA,  :
 plaintiff,  :
  :
 v.  :  CASE NO. 3:10-cv-939 (AVC)
  :
ANGEL QUIROS, et al.,  :
 defendants.  :

## RULING AND ORDER

On February 24, 2011, the defendants filed a motion to dismiss. In response, the plaintiff sought leave to amend his complaint. On March 15, 2011, the court granted leave to amend and ordered service on the newly added defendants. In light of the amended complaint, the defendants' motion to dismiss [**doc. #26**] is **DENIED** without prejudice to the defendants filing a motion to dismiss with respect to the amended complaint.

The defendants also seek an extension of time, until April 18, 2011, to respond to outstanding discovery requests. The defendants' motion [**doc. #33**] is **GRANTED**. In light of this extension, the plaintiff's motion to compel [**doc. #34**], which is directed to the same discovery requests, is **DENIED** as moot.

**SO ORDERED** this 4TH day of May 2011, at Hartford, Connecticut.

/s/ Alfred V. Covello, USDJ
_____
Alfred V. Covello
United States District Judge